IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

IN RE:　　　　　　　　　　　　　　　　　　　Case #14-0904(BKT)
　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
**CESAR I VARGAS QUIÑONES**

**Debtor in Possession**

*******************************

### APPLICATION FOR COMPENSATION OF DEBTOR=S COUNSEL

TO THE HONORABLE COURT;

**COMES NOW,** Garcia- Arregui & Fullana and very respectfully states and prays:

1. On November 14,2014   debtor abovementioned filed a petition for relief pursuant to the provisions of section 1101 et seq. of title 11 U.S.C.A.

2. On November 18, 2015  the undersigned filed it application for appointment as counsel for Debtor (Docket #7). The same was approved on December 9, 2014 (Docket # 16)

3. Applicant in the fulfillment of its duties as  counsel for debtor , has had numerous conferences with debtor, his accountant  as well as counsel for other parties including, PREPA  , among others.   Counsel has appeared before this Honorable Court at all instances required representing the interest of the Estate and debtor in Possession; such as the initial debtors' interview, the 341 hearing (June 12, 2012) and the status hearing held on June 20, 2012., negotiations with Banco Popular regarding the real estate property belonging to the Debtor (docket #55) and the hearing of approval of Disclosure Statement held on October 7, 2015

4.  Counsel has met, prepared and discussed with Debtor officers and accountants the initial drafts of the Disclosure Statement.  Also has evaluated the claims filed in order to

1

prepare objection to several of them after consultation with the accountant. The disclosure statement was approved by this Honorable Court per order dated December 28, 2012.

6. Attached hereto and made parte hereof is a statement showing with more detail and particularity of the professional services rendered by applicant extracted from Applicant's time records; for the time period of from October 1, 2014 up and including October 8, 2015.

7. Applicant has performed the services which will be set forth in hereto and which services have been performed on an hourly basis, at a the rate of $250.00 per hour for Isabel M. Fullana admitted to practice before the Supreme Court of Puerto Rico on November 6, 1979, Associates' work is charged on an hourly basis at the rate of $150.00. Paralegal work is charged on an hourly basis at rate of $90.00 per hour.

8. The aforesaid rates are considered to be reasonable considering the nature of the case, the work performed and which are similar to the rates charged by applicant to non bankruptcy clients for similar services. The services performed by each professional are identified with their initials

9. A summary of professional time and fees requested in this application is a follows:

|  | Hours | Rate | Total |
| --- | --- | --- | --- |
| Isabel M Fullana | 61.60 | 250.00 | $15,400.00 |
| Eduardo Capdevila | .4 | 125.00 | 36.00 |
| Paralegal | 14.50 | 90.00 | 1,305.00 |

10.. The source of the funds to be paid to Applicant by Debtor if authorized by this Honorable court, shall be from funds available from the operation of Debtor's business affairs and or consigned with the Clerk's Court for such purposes.

10. The case status is the following:
    a. The petition, schedules, SOFA, creditor s lists and matrix (docket 1)all have been prepared and filed within the time periods required.
    b. The IDI information matters and meetings have all bee complied with as application for attorneys, accountants for the debtor have been filed and approved( dockets 7,1, 48,56)
    c. The 341 hearing meeting was completed and closed on January 12,201 ( Docket # 20)
    d. A status report was timely filed ( docket # 21) and a hearing on the same was held on January 28,2015 ( 22,23)
    e. Debtor in Possession filed several extension to the time to file his disclosure statement, on July 31, 2015 a Disclosure Statement and Plan of Reorganization was filed ( Docket 76 ,77) . A hearing to consider the approval of the same and the objection filed by IRS was held on October 7, 2015 and the same was re scheduled for December 2, 2015.(docket 92,93)
    f. The amounts of cash and estate assets appear from the MOR filed and the schedules.
    g. All MORS up to the month of August ( Docket 86) and US trustees fees have been paid and filed as of the date of the present application.

11. Applicant is providing an itemized description of services rendered in chronological order.

12. As set forth the total services performed by Garcia- Arregui & Fullana Law Firm amounts to $ 16,755.00 and $354.39 for expenses. Counsel received a retainer prior to the filing of the petition in the amount of $7,500.00 to cover fees and filing expenses.

13. There is no agreement on the part of Applicant for the sharing of any of the compensation received or to be received, except customary payments to members, partners and regular associates of the firm.

14. The invoice enclosed was reviewed and approved by the Debtor Dr. Cesar I Vargas Quiñones.

## CERTIFICATION

The undersigned **certifies** under penalty of perjury that he has read the foregoing application subscribed by him, and to the best of his knowledge and belief formed after reasonable inquiry the compensation and expense reimbursement sought conform to the United States Bankruptcy Court for the District of Puerto Rico's Guideline for Compensation and Expense Reimbursement for Professional the fee for services is billed in accordance with the practice no less favorable to the Debtor that those customary utilized by Applicant generally.

## NOTICE

Unless an objection to the Application is filed **within twenty one (21) days** from service of this notice, after service as evidenced by the certification, and an additional three days (3) pursuant to Fed. R Bank P 9006(f) **if you were served by mail**, any

party against whom this application has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this motion with the Clerk's office of the US Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed **within the time allowed herein**, the motion will be deemed unopposed and may be granted unless(i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**WHEREFORE**, it is respectfully prayed that an order be entered approving the present First application for compensation as counsel for Debtor in Possession in the amount of $ 16,755.00, plus $354.39 for expenses and for any other and further relief as it may seem just and proper.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 13th day of October 2015.

**I HEREBY CERTIFY** that on this same date I electronically filed the foregoing with the Clerk of the Bankruptcy Court using CM/ECF system which will send electronic notification to the following, the US trustee's office and to any other party in interest that has requested notice.

S/ ISABEL M FULLANA

GARCIA-ARREGUI &FULLANA
252Ponce de Leon Ave Suite
1101 Citibank Tower San Juan,
PR 00918 TEL 787-766-2530
FAX 787-756-7800
USDC# 126802
Emailisabelfullana@gmail.com
Email fullana2@aol.com

## GARCIA-ARREGUI & FULLANA LAW OFFICES

252 Ave. Ponce de León
Citibank Tower, Suite 1101
San Juan, PR 00918
Tel: (787) 766-2530
Fax: (787) 756-7800

Dr. Cesar Vargas
c/o Milagros Perez

October 15, 2015

Invoice #   10953

Professional Services

| Date | Description | Hrs/Rate | Amount |
|---|---|---|---|
| 10/8/2014 | Initial compilation of information chapter 11 case | 1.00<br>250.00/hr | 250.00 |
| 10/14/2014 | Phone Conference with Lic. Luzón in re: Vista 10/20/2014; Oposición a Moción Sentencia Sumaria y Solicitud de Post posposicion | 0.30<br>250.00/hr | 75.00 |
| | Información del programa de Credit Counseling | 0.20<br>250.00/hr | 50.00 |
| 10/15/2014 | Receipt, review and lodging of Order granting 10 days to "demandante" | 0.20<br>250.00/hr | 50.00 |
| 10/16/2014 | Data and information intake in re: software / preparing documents ; Recibo Oposición a Moción Sentencia Sumaria | 1.80<br>250.00/hr | 450.00 |
| 10/29/2014 | Prepare petition and schedules | 2.00<br>250.00/hr | 500.00 |
| 11/5/2014 | Drafted motion ordered by Court on November 3, 2014 in regard to plaintiff motion and reply to Summary Judgment /ECD | 4.60<br>90.00/hr | 414.00 |
| | Started working on draft of motion for Judgment on the pleadings pursuant to Rule 10.3 /ECD | 1.40<br>90.00/hr | 126.00 |
| 11/6/2014 | Completed Motion for Judgment on the pleadings. Worked on arguments based on the UCC (Ley de Transacciones Comerciales) and the Civil Code's Deposition as a debt purchase by another creditor/ ECD | 7.10<br>90.00/hr | 639.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/7/2014 | Draft review final draft Moción por alegaciones | 0.60<br>250.00/hr | 150.00 |
| 11/13/2014 | Phone call to San Sebastian's Court, clerk's office, to check up on motion status.  They informed me that the motion was received and the trial was converted to Status Conference/ ECD | 0.20<br>90.00/hr | 18.00 |
|  | Hearing status: Monday - November 17 | 0.30<br>250.00/hr | 75.00 |
|  | Meeting with client new draft of petition, schedules and statement of financial affairs | 1.50<br>250.00/hr | 375.00 |
|  | Compiling information filing case aditional information provided as  to the real estate appraisals | 1.80<br>250.00/hr | 450.00 |
| 11/14/2014 | Final drafting preparing chapter 11 Petition; application and filing motion to stay proceeding in San Sebastian | 2.00<br>250.00/hr | 500.00 |
| 11/17/2014 | Correction of entry; B-21 an creditor mailing | 0.80<br>250.00/hr | 200.00 |
| 11/19/2014 | Receipt, review and lodging of IDI letter and Notice of meeting; Inform to debtor | 0.60<br>250.00/hr | 150.00 |
| 11/25/2014 | receipt review  POC filed by Santander | 0.60<br>250.00/hr | 150.00 |
| 12/1/2014 | Receipt, review and lodging of letter IDI; compilation of information requested | 0.80<br>250.00/hr | 200.00 |
| 12/3/2014 | Review proof filled by creditors | 0.60<br>250.00/hr | 150.00 |
| 12/6/2014 | Meeting for signing documents for IDI (Initial Debtor Interview) to filing at Bankruptcy Court.  Discussion as to procedure at the IDI and additional information as to status of release . | 0.60<br>250.00/hr | 150.00 |
| 12/8/2014 | Compilation documentation to IDI | 2.00<br>250.00/hr | 500.00 |
| 12/12/2014 | Court Appearance for Hearing: IDI Hearing | 1.50<br>250.00/hr | 375.00 |
| 1/9/2015 | Court Appearance for Hearing: 341 Hearing (10:00 - 11:30 am) | 1.50<br>250.00/hr | 375.00 |
| 1/21/2015 | Review file draft status report as to status of case; Follow up on professional ace and other lawyer | 1.80<br>250.00/hr | 450.00 |
| 1/26/2015 | Receipt & review Minutes of 341 Hearing pending matter to be corrected | 0.60<br>250.00/hr | 150.00 |

| Date | Description | Hrs/Rate | Amount |
|---|---|---:|---:|
| 1/27/2015 | Meeting with debtor accountant, retaining and information required to prepare MOR; Status of claims filed by Hacienda - evasion contributiva | 0.80<br>250.00/hr | 200.00 |
| | Research - discharge in chapter 11, case individual taxes | 1.00<br>250.00/hr | 250.00 |
| 1/28/2015 | Court Appearance for Hearing, re: to consider status hearing; Conference with Banco Popular in re: properties | 1.80<br>250.00/hr | 450.00 |
| 1/29/2015 | Phone call in re: opening debtor's accountant | 0.30<br>250.00/hr | 75.00 |
| 2/11/2015 | Phone Conference in re: information being requested for the municipality of San Sebastian, patente | 0.60<br>250.00/hr | 150.00 |
| 2/23/2015 | Amendment Financial Statements and Schedules, income and expenses | 1.80<br>250.00/hr | 450.00 |
| 2/25/2015 | Meeting with debtor in re: (1)amendments to schedules (2) MOR (3) poliza/employment of professionals | 1.50<br>250.00/hr | 375.00 |
| 2/27/2015 | Draft and reply order to show cause; attachment; filing amended schedules and statement of final of facts | 1.00<br>250.00/hr | 250.00 |
| 3/3/2015 | Draft and sworn statement - Accountant | 0.80<br>250.00/hr | 200.00 |
| 3/4/2015 | Review of status of matter or issue: información sobre deudas - patentes | 0.30<br>250.00/hr | 75.00 |
| 3/11/2015 | Status extension of time to file Disclosure Statement; Phone call to client | 0.30<br>250.00/hr | 75.00 |
| 3/12/2015 | Drafting motion extension of time to file Disclosure Statement | 1.00<br>250.00/hr | 250.00 |
| 3/16/2015 | Review of status of matter or issue: follow up POC Banco Popular | 0.20<br>250.00/hr | 50.00 |
| 3/26/2015 | Receipt, review and lodging of MOR February 2015, application for employment Accountant | 0.80<br>250.00/hr | 200.00 |
| 4/6/2015 | Draft amended certificate of accountant; Email to client | 1.00<br>250.00/hr | 250.00 |
| 4/9/2015 | Phone call with Lcda. Nancy Pujals from the US Trustee's office in regard to the application for employment of accountant/ ECD | 0.20<br>90.00/hr | 18.00 |
| | After phone call with Lcda. Pujals, checked and reviewed file to check of the Trustee's objection were accurate and forward it to Lcda. Fullana/ECD | 0.40<br>90.00/hr | 36.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 4/16/2015 | phone conference with Lic. Ruiz counsel for Banco Popular, re draft of proposed stipulation | 0.30<br>250.00/hr | 75.00 |
| 4/17/2015 | Meeting to discuss status/ Stipulation Lift of Stay; Email to Lic. Ruiz signed copy | 0.80<br>250.00/hr | 200.00 |
| 4/22/2015 | Receipt, review and lodging of Stipulation filed | 0.30<br>250.00/hr | 75.00 |
| 4/24/2015 | Drafting Motion requesting amended Certificate of Accountant | 1.00<br>250.00/hr | 250.00 |
| 5/26/2015 | Receipt, review and lodging, order to show cause. Email to client as to status of Prepare modifications to license. | 0.60<br>250.00/hr | 150.00 |
| 5/27/2015 | Legal Research as to requirement to provide medical services under Medicare advantage. Status of hearing on granting of medical license. Hearing postponed. | 0.30<br>250.00/hr | 75.00 |
| 6/11/2015 | Reunion client & accountant Re: Status chapter 11 Case | 1.50<br>250.00/hr | 375.00 |
| 6/18/2015 | Receipt, review and lodging order granting extension to file disclosure statement and plan. Email to client. | 0.60<br>250.00/hr | 150.00 |
| 6/22/2015 | Phone conference with real estate Rogelio O'Neill to be retained to sell properties | 0.60<br>250.00/hr | 150.00 |
| 6/26/2015 | Receipt, review and lodging MOR May 2015 | 0.60<br>90.00/hr | 54.00 |
| 7/3/2015 | Draft application Real Estate Broker | 1.50<br>250.00/hr | 375.00 |
| 7/8/2015 | Initial draft and plan for disclosure statement. | 2.00<br>250.00/hr | 500.00 |
| 7/17/2015 | Receipt, review and lodging email. Medical licence has been approved pending delivery. | 0.60<br>250.00/hr | 150.00 |
|  | Final drafting of disclosure statement. | 2.00<br>250.00/hr | 500.00 |
| 7/21/2015 | Compilation of properties value in order to prepare liquidation value/review appraisal. | 1.80<br>250.00/hr | 450.00 |
| 7/22/2015 | Receipt, review and lodging MOR June 2015 | 0.60<br>250.00/hr | 150.00 |
| 7/23/2015 | Phone conference Broker. Re: Interested party in 12 cuerdas property. Information as to income to prepare projections and plan | 0.30<br>250.00/hr | 75.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/4/2015 | Phone/conference with Rogelio O'Neill. Re: Certificate employment offer for property Barrio Robles. | 0.60 250.00/hr | 150.00 |
|  | phone conference with debtor offer submitted by interested party. | 0.30 250.00/hr | 75.00 |
| 8/11/2015 | Reunion with client status case, filing disclosure statement. | 1.00 250.00/hr | 250.00 |
| 9/16/2015 | status license Dr. Vargas, Hearing on Disclosure statement. | 0.60 250.00/hr | 150.00 |
| 9/17/2015 | Draft application for compensation. | 1.50 250.00/hr | 375.00 |
|  | Phone call with Real estate Broker possible interest party in the 12 cuerdas property | 0.30 250.00/hr | 75.00 |
| 9/24/2015 | Withdrawing Application for compensation. | 0.60 250.00/hr | 150.00 |
|  | Review and analyzed objection to confirmation of plan. | 0.40 125.00/hr | 50.00 |
| 10/4/2015 | reply to objections to disclosure statement. | 1.00 250.00/hr | 250.00 |
| 10/5/2015 | Memo to Millar y contable RE planillas IRS | 0.60 250.00/hr | 150.00 |
|  | Research objection filed by IRS. | 1.50 250.00/hr | 375.00 |
| 10/6/2015 | Draft reply to objection to IRS. Disclosure statement; review objection filed by IRS / documents recovered by Debtor. | 1.50 250.00/hr | 375.00 |
|  | Legal Research cases constructing secured claim for IRS / not under 507. | 1.00 250.00/hr | 250.00 |
|  | For professional services rendered | 76.50 | $16,755.00 |
|  | Additional Charges : |  |  |
| 10/16/2014 | Fax: Se recibió Resolución y Orden |  | 0.40 |
| 11/5/2014 | Copying cost: Moción en Cumplimiento de Orden del 3/nov/2014 |  | 4.00 |
|  | Postage: Moción en Cumplimiento de Orden del 3/nov/2014 enviada al Tribunal |  | 2.30 |
|  | Postage: Moción en Cumplimiento de Orden del 3/nov/2014 notificada a las partes del Certifico |  | 0.69 |

|            |                                                                                                                                                                                                   | Amount |
|------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------:|
| 11/7/2014  | Postage: Moción para que se dicte Sentencia Parcial y por las alegaciones enviada al Tribunal                                                                                                     | 2.72   |
|            | Postage: Moción para que se dicte Sentencia Parcial y por las Alegaciones enviada a las partes de certifico                                                                                       | 0.90   |
| 11/14/2014 | Copying cost: Moción Solicitando Paralización de Orden-Tribunal San Sebastian                                                                                                                     | 2.40   |
|            | Postage: Moción Solicitando Paralización de Orden enviada a la Lic. Luzón                                                                                                                         | 0.48   |
|            | Delivery Cost: Radicación en el Tribunal de San Sebastian Moción de Paralización                                                                                                                  | 80.00  |
|            | Fax: Moción Solicitando Paralización de Orden enviada a la Lcda. Luzón                                                                                                                            | 0.80   |
| 11/19/2014 | Copying cost: Carta de US Department of Justice del 19/nov/2014                                                                                                                                   | 0.60   |
|            | Copying cost: Documentos para someter al Tribunal de Quiebras: planillas, tasaciones, escrituras, certificaciones de Asume, CRIM y Hacienda, documentos de United States District Court, District of P.R. | 46.80  |
|            | Copying cost: Planillas de Hacienda 2011, 2012 y 2013                                                                                                                                             | 1.60   |
|            | Copying cost: Contrato de Arrendamiento - Jannette González                                                                                                                                       | 0.80   |
|            | Copying cost: Certificaciones de Asume, CRIM y Hacienda                                                                                                                                           | 0.60   |
|            | Copying cost: Voluntary Petition; doc #1, filed 11/14/2014 (radicada)                                                                                                                             | 8.60   |
|            | Copying cost: Draft - Voluntary Petition                                                                                                                                                          | 8.40   |
| 11/26/2014 | Copying cost: Docket Text, doc #10, Notice of Creditors 341 Meeting                                                                                                                               | 0.20   |
| 12/4/2014  | Fax: documentos recibidos del IRS                                                                                                                                                                 | 1.40   |
| 12/5/2014  | Copying cost: Documentos para someter al Tribunal de Quiebra para IDI, tales como tasaciones, escrituras, pagare, etc.                                                                            | 57.00  |
| 12/9/2014  | Delivery Cost: Entregar documentos relacionados al IDI (Initial Debtor Interview) en las oficinas del US Trustee, Viejo San Juan                                                                  | 8.00   |
| 12/12/2014 | Cost of parking: Hearing IDI, Viejo San Juan                                                                                                                                                      | 5.35   |
| 12/23/2014 | Copying cost: Email enviado a Milagros en re: reseñalamiento de vista                                                                                                                             | 0.20   |
| 12/30/2014 | Cost of use pacer system filing of motions/ receiving from court: Pacer Service desde 10/21/2014 hasta 12/23 2014, case #14-09404                                                                 | 7.10   |
| 1/8/2015   | Copying cost: Planillas 2011 al 2013, certificaciones de no ventas en Banco Popular y Cooperativa, facturas de Joyeros, contrato de arrendamiento                                                 | 9.00   |
| 1/12/2015  | Cost of parking: Hearing 341, Viejo San Juan, Tribunal de Quiebras                                                                                                                                | 5.35   |

|  |  | Amount |
|---|---|---:|
| 1/21/2015 | Copying cost: Claims Register filed 2015 | 0.20 |
|  | Copying cost: Proof of Claim - Minerva González; Claim 3-1, filed 12/04/2014 | 0.80 |
|  | Postage: Compliance as to the Status Report; doc #21, filed 01/21/2015 | 4.80 |
|  | Copying cost: Compliance as to the Status Report; doc #21, filed 01/21/2015 | 8.80 |
| 1/26/2015 | Copying cost: Minutes of meeting of creditors | 0.60 |
| 2/3/2015 | Copying cost: Email recibido sobre venta deudor | 1.00 |
| 2/11/2015 | Solicitar copia certificada en el Tribunal de Quiebras, San Juan, del siguiente documento: Notice | 11.00 |
|  | Delivery Cost: Ir al Tribunal de Quiebras, Viejo San Juan, para solicitar documento certificado por el tribunal (Notice) / ida y vuelta | 8.00 |
|  | Delivery Cost: Tribunal de Quiebras, Viejo San Juan, para certificar Notice | 8.00 |
| 2/12/2015 | Copying cost: Order and Notice; doc #25, filed 02/02/2015 | 0.20 |
|  | Copying cost: Certificate of Notice; doc #13, filed 11/28/2014 | 0.60 |
|  | Copying cost: Proof of Claim del CRIM - Claim 2-1, filed 12/01/2014 | 4.20 |
| 2/13/2015 | Postage: Certificate of Notice - original certificado por el Tribunal | 0.48 |
| 2/25/2015 | Copying cost: Amended Statements of Financial Affairs, case #14-bk-9404 | 1.20 |
|  | Copying cost: Amended Schedule F-Creditors Holding Unsecured Nonpriority Claims | 5.40 |
| 3/2/2015 | Copying cost: Amended | 0.20 |
| 3/6/2015 | Cost of use pacer system filing of motions/ receiving from court: Pacer Service desde 1/05/2015 hasta 3/03/2015, caso #14-09404 | 9.60 |
| 3/12/2015 | Copying cost: Motion Requesting an Extension of Forty Five (45) Days to Complete and File the Disclosure Statement and Plan of Reorganization; doc #46, filed 03/12/2015 | 0.60 |
| 3/27/2015 | Copying cost: Monthly Report - 1st to 28 Feb. 2015 | 3.20 |
|  | Copying cost: Certificate of Accountant | 0.60 |
| 4/21/2015 | Copying cost: Joint Stipulation for Relief from the Automatic Stay | 1.40 |
| 4/30/2015 | Copying cost: Monthly Report 1ro marzo al 31 marzo 2015 | 3.20 |
| 5/22/2015 | Copying cost: Monthly report April | 3.20 |

|  |  | Amount |
|---|---|---:|
| 6/18/2015 | Copying cost: Copia cheque enviado al US Trustee | 0.40 |
| 6/24/2015 | Copying cost: monthly report | 3.20 |
| 7/6/2015 | Copying cost: Application for employment of Real Estate Broker. Do 68 filed 07/03/2015 | 2.00 |
| 8/12/2015 | Disclosure Statement- Doc 76 -Filed 07/31/2015 | 11.00 |
| 8/27/2015 | Monthly Report- Julio 1ero @ Julio 30 del 2015 | 1.60 |
| 9/17/2015 | Postage: Notice and Certificate of mailing Doc-82 / Filed 09/17/2015 | 0.50 |
|  | Notice and certificate of mailing - Doc 82 - Filed 09/17/1 | 1.36 |
| 9/24/2015 | Doc 78 - order and notice - filed 08/03/2015 | 0.08 |
| 9/25/2015 | monthly report de august. | 1.28 |

| | |
|---|---:|
| Total costs | $354.39 |
| Total amount of this bill | $17,109.39 |
| Balance due | $17,109.39 |

I HEREBY CERTIFY THAT THE PRESENT INVOICE HAS NOT BEEN PAID.  PLEASE INCLUDE INVOICE NUMBER.   THANK YOU.