IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CESAR IVAN VARGAS QUINONES

XXX-XX-8846

CASE NO. 14-09404 BKT

Chapter 11

FILED & ENTERED ON 4/7/2016

Debtor(s)

**ORDER APPROVING DISCLOSURE STATEMENT**

Amended Disclosure Statement having been filed by the debtor herein on **3/1/2016** (docket #**117**) referring to a plan under chapter 11 filed on **3/1/2016** (docket #118), and after notice and a hearing held on 3/09/2016, it having been determined that the aforesaid Disclosure Statement contains "adequate information" as that term is defined in 11 USC §1125, it is now

ORDERED

1. That the herein described Disclosure Statement be and is hereby approved.

2. That the debtor and parties in interest may now solicit acceptances or rejections of the Debtor's Plan of Reorganization pursuant to 11 USC §1125.

3. That the approved Disclosure Statement and the Plan referred to in the same are to be circulated to all parties in accordance with Bankruptcy Rule 3017(d) and 11 USC Section §1125(c).

4. That objections to claims must be filed prior to the hearing on confirmation. Debtor will include in its objection to claim a notice that if no response to the objection is filed within thirty (30) days, the motion will be considered and decided without the actual hearing. If a written response or opposition to the objection to claim is timely filed, the contested matter will be heard on the date that the hearing on confirmation has been scheduled and/or the next available hearing date.

5. That any objection to confirmation of the plan shall be filed on/or before seven (7) days prior to the date of the hearing on confirmation of the Plan.

1

6. That the debtor shall file with the Court a statement setting forth compliance with each requirement in §1129, the acceptances and rejections, and the computation of the same, within seven (7) working days before the hearing on confirmation.

7. If the documents specified in paragraph six (6) are not filed on time, the Court may not hold the confirmation hearing and the debtors in possession or moving party shall appear on the scheduled date to show cause why sanctions should not be imposed, costs and attorney's fees awarded to appearing parties, and why the case should not be dismissed or converted to Chapter 7, for cause, pursuant to 11 USC §1112(b).

8. At the confirmation hearing the Court will conclude the estimated date for "substantial consummation" of the plan as defined in 11 USC §1101(2).

9. That a hearing for the consideration of confirmation of the Plan and of such objections as may be made to the confirmation of the Plan will be held on 6/22/2016 at 09:00 A.M. at the Jose V. Toledo, Federal Building & U.S. Courthouse, Courtroom No. 1, Second Floor, 300 Del Recinto Sur Street, Old San Juan, Puerto Rico.

SO ORDERED.

In San Juan, Puerto Rico, this 07 day of April,2016.

Brian K. Tester
U.S. Bankruptcy Judge

2