Case:14-09404-BKT11  Doc#:131  Filed:04/09/16  Entered:04/10/16 01:05:47  Desc:
Imaged Certificate of Notice   Page 1 of 4

United States Bankruptcy Court
District of Puerto Rico

In re:  
CESAR IVAN VARGAS QUINONES  
    Debtor

Case No. 14-09404-BKT  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0104-3    User: figueroac    Page 1 of 2    Date Rcvd: Apr 07, 2016  
                      Form ID: pdf001    Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2016.
```
db            +CESAR IVAN VARGAS QUINONES,    HC 01 BOX 11651,    SAN SEBASTIAN, PR 00685-6473
smg            DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
smg            FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
smg            PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
               SAN JUAN, PR  00918
cr            +BANCO POPULAR DE PUERTO RICO,    C/O LUIS C MARINI BIAGGI ESQ,    O'NEILL & BORGES,
               250 AVE MUNOZ RIVERA,    STE 800,    SAN JUAN, PR  00918-1813
r             +ROGELIO O'NEILL,    PO BOX 368083,    SAN JUAN, PR  00936-8083
cr            +UNITED STATES OF AMERICA,    US DEPT OF JUSTICE TAX DIVISION,    PO BOX 227,
               BEN FRANKLIN STATION,    WASHINGTON, DC  20044-0227
acc            VICTOR RIVERA MALAVE,    URB PEPINO,    CALLE 2B 56,    SAN SEBASTION, PR   00685
4029891        Asume,    San Sebastian Office,    4160 Ave Arcadio Estrada Ste 400,
               San Sebastian, PR  00685-3211
4029892        BANCO POPULAR,    PO BOX 70100,    SAN JUAN, PR  00936-8100
4087137       +Banco Popular de Puerto Rico,    c/o Oneill & Borges LLC,    250 Munoz Rivera Avenue,    Suite 800,
               San Juan, PR 00918-1813
4029894        CRIM,    PO Box 195387 SAN JUAN PR 00919-5387
4031362        Centro Recaudaciones Ingresos Municipale,    PO Box 489 Box 489,    Aguada, PR  00602-0489
4029895        DEPARTAMENTO HACIENDA,    PO BOX 9024140,    SAN JUAN PR, PR  00902-4140
4111775        Department of Treasury,    Bankruptcy Section (424),    P.O. Box 9024140,
               San Juan PR 00902-4140
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           +E-mail/Text: wcaraballo@fondopr.com Apr 07 2016 18:36:26      STATE INSURANCE FUND,
               WALLY DE LA ROSA VIDAL,    PO BOX 365028,    SAN JUAN, PR 00936-5028
smg            E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Apr 07 2016 18:36:34      US TRUSTEE,
               EDIFICIO OCHOA,    500 TANCA STREET SUITE 301,    SAN JUAN, PR  00901-1922
cr            +E-mail/Text: marilyn.gonzalez@popular.com Apr 07 2016 18:37:23
               BANCO POPULAR DE PR SPCIAL LOANS,    PO BOX 362708,    SAN JUAN, PR 00936-2708
4034562        E-mail/Text: kpp@bspr.com Apr 07 2016 18:37:19      BANCO SANTANDER PUERTO RICO,    PO BOX 362589,
               SAN JUAN PR 00936-2589
4029893        E-mail/Text: marilyn.gonzalez@popular.com Apr 07 2016 18:37:23      Banco Popular de Puerto Rico,
               PO Box 362708,    San Juan, PR  00936-2708
4071895        E-mail/Text: wcaraballo@fondopr.com Apr 07 2016 18:36:26      STATE INSURANCE FUND CORPORATION,
               PO BOX 365028,    SAN JUAN, PUERTO RICO  00936-5028
4029896        E-mail/Text: cio.bncmail@irs.gov Apr 07 2016 18:36:22      internal revenue service,
               PO Box 219690,    Kansas City, MO  64121-9690
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4039963        ASUME-MINERVA GONZALEZ ARVELO  PO BOX 71316 SAN JU
4031359*       Asume,    San Sebastian Office,    4160 Ave Arcadio Estrada Ste 400,
               San Sebastian, PR  00685-3211
4031360*       BANCO POPULAR,    PO BOX 70100,    SAN JUAN, PR  00936-8100
4031361*       Banco Popular de Puerto Rico,    PO Box 362708,    San Juan, PR  00936-2708
4031363*       DEPARTAMENTO HACIENDA,    PO BOX 9024140,    SAN JUAN PR, PR  00902-4140
4031364*       internal revenue service,    PO Box 219690,    Kansas City, MO  64121-9690
                                                                                   TOTALS: 1, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2016                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0104-3          User: figueroac              Page 2 of 2                  Date Rcvd: Apr 07, 2016
                              Form ID: pdf001              Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 7, 2016 at the address(es) listed below:

```
              EDUARDO M VERAY    on behalf of Creditor    BANCO POPULAR DE PR SPCIAL LOANS
               eduardo.veray@popular.com,   eduardoveray@gmail.com
              ISABEL M FULLANA    on behalf of Debtor CESAR IVAN VARGAS QUINONES isabelfullana@gmail.com,
               fullana2@aol.com;isabelfullana@ecf.inforuptcy.com;G7314@notify.cincompass.com;ifullana@garciaarre
              guifullanalaw.com;educapdevila@outlook.com
              Kieran O. Carter    on behalf of Creditor    UNITED STATES OF AMERICA kieran.o.carter@usdoj.gov,
               Eastern.Taxcivil@usdoj.gov
              LUIS C. MARINI BIAGGI    on behalf of Creditor    BANCO POPULAR DE PUERTO RICO
               luis.marini@oneillborges.com,
               docket_clerk@oneillborges.com;rebeca.rodriguez@oneillborges.com;ubaldo.fernandez@oneillborges.com
              LUIS C. MARINI BIAGGI    on behalf of Creditor    BANCO POPULAR DE PR SPCIAL LOANS
               luis.marini@oneillborges.com,
               docket_clerk@oneillborges.com;rebeca.rodriguez@oneillborges.com;ubaldo.fernandez@oneillborges.com
              MIGDALIA  EFFIE GUASP    on behalf of Creditor    BANCO POPULAR DE PR SPCIAL LOANS megbky@bppr.com,
               migdalia.guasp@popular.com,   migdalia.guasp@popular.com
              MONSITA  LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
              Megan Eileen Hoffman-Logsdon    on behalf of Creditor    UNITED STATES OF AMERICA
               megan.e.hoffman-logsdon@usdoj.gov,   Eastern.taxcivil@usdoj.gov
              US TRUSTEE    ustpregion21.hr.ecf@usdoj.gov
              WALLY  DE LA ROSA VIDAL    on behalf of Attorney    STATE INSURANCE FUND wdelarosa@cfse.gov.pr
                                                                                                 TOTAL: 10
```

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 14-09404 BKT

CESAR IVAN VARGAS QUINONES

Chapter 11

XXX-XX-8846

FILED & ENTERED ON 4/7/2016

Debtor(s)

**ORDER APPROVING DISCLOSURE STATEMENT**

Amended Disclosure Statement having been filed by the debtor herein on **3/1/2016** (docket #**117**) referring to a plan under chapter 11 filed on **3/1/2016** (docket #118), and after notice and a hearing held on 3/09/2016, it having been determined that the aforesaid Disclosure Statement contains "adequate information" as that term is defined in 11 USC §1125, it is now

ORDERED

1. That the herein described Disclosure Statement be and is hereby approved.

2. That the debtor and parties in interest may now solicit acceptances or rejections of the Debtor's Plan of Reorganization pursuant to 11 USC §1125.

3. That the approved Disclosure Statement and the Plan referred to in the same are to be circulated to all parties in accordance with Bankruptcy Rule 3017(d) and 11 USC Section §1125(c).

4. That objections to claims must be filed prior to the hearing on confirmation. Debtor will include in its objection to claim a notice that if no response to the objection is filed within thirty (30) days, the motion will be considered and decided without the actual hearing. If a written response or opposition to the objection to claim is timely filed, the contested matter will be heard on the date that the hearing on confirmation has been scheduled and/or the next available hearing date.

5. That any objection to confirmation of the plan shall be filed on/or before seven (7) days prior to the date of the hearing on confirmation of the Plan.

1

6. That the debtor shall file with the Court a statement setting forth compliance with each requirement in §1129, the acceptances and rejections, and the computation of the same, within seven (7) working days before the hearing on confirmation.

7. If the documents specified in paragraph six (6) are not filed on time, the Court may not hold the confirmation hearing and the debtors in possession or moving party shall appear on the scheduled date to show cause why sanctions should not be imposed, costs and attorney's fees awarded to appearing parties, and why the case should not be dismissed or converted to Chapter 7, for cause, pursuant to 11 USC §1112(b).

8. At the confirmation hearing the Court will conclude the estimated date for "substantial consummation" of the plan as defined in 11 USC §1101(2).

9. That a hearing for the consideration of confirmation of the Plan and of such objections as may be made to the confirmation of the Plan will be held on 6/22/2016 at 09:00 A.M. at the Jose V. Toledo, Federal Building & U.S. Courthouse, Courtroom No. 1, Second Floor, 300 Del Recinto Sur Street, Old San Juan, Puerto Rico.

SO ORDERED.

In San Juan, Puerto Rico, this 07 day of April, 2016.

Brian K. Tester
U.S. Bankruptcy Judge

2