## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

**IN RE:**
**CESAR I VARGAS QUIÑONES**         Case # 145-9404(BKT)
                                    Chapter 11

_____

### NOTICE AND CERTIFICATE OF MAILING

**TO: CREDITORS AND PARTIES IN INTEREST:**

As required by Rules 2002(a)(7) of the federal Rules of Bankruptcy Procedure, you are hereby notified that on April 13, 2016 **Garcia-Arregui & Fullana Law Offices PSC**(Applicant) has filed its **Application for Interim** Compensation(Application) as counsel in the above captioned case, covering the period from October 1,2014 up August 31, 2015 for $ 6,837.50 plus $132.50 for expenses. The original of the Application and exhibits thereto are on file with the Clerk, where they can be examined.

**Unless an objection to the Application is filed within twenty one(21)days from service of this notice, an order may be entered approving the same without an actual hearing and should a timely objection be filed, the Court will then schedule a hearing.**

**CERTIFICATE OF SERVICE** that on this same date I electronically filed the foregoing with the Clerk of the Bankruptcy Court using CM/ECF system which will send notification to the following, counsel for Debtor ,the US trustee=s office, Trustee Wigberto Lugo Mender and any other party in interest that has requested notice.

.
**In San Juan, Puerto Rico , this 13th day of April 2016**

> **S/Isabel M Fullana**
> **GARCIA- ARREGUI & FULLANA PSC**
> **252 PONCE DE LEON AVE**
> **SUITE 1101**
> **SAN JUAN, PR 00918**
> **TEL 787-766-2530**
> **FAX 787-756-7800**
> Email ifullana@garciaarreguifullanalaw.com