IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>CESAR IVAN VARGAS QUINONES<br><br><br>XXX-XX-8846<br><br><br><br>Debtor(s) | CASE NO. 14-09404 BKT<br><br>Chapter 11<br><br><br><br><br>**FILED & ENTERED ON 5/18/2016** |

<u>O R D E R</u>

The application for allowance of compensation filed by the debtor's attorney in the amount of $6,837.50 plus expenses in the amount of $132.35 (docket #132), having been duly notified to all parties in interest, and no timely replies or objections having been filed, it is now

ORDERED that said motion be and is hereby granted.

San Juan, Puerto Rico, this 18 day of May, 2016.

Brian K. Tester
U.S. Bankruptcy Judge

C:  DEBTOR
    ISABEL M FULLANA
    US TRUSTEE
    FINANCE DEPT.