B2100A (Form 2100A) (12/15)

# United States Bankruptcy Court

For the  District of  Puerto Rico

In re  CESAR IVAN VARGAS QUINONES   Case No. 14-09404-BKT11

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Condado 3, LLC
Name of Transferee

BANCO POPULAR DE PUERTO RICO
Name of Transferor

Name and Address where notices to transferee should be sent:

Condado 3, LLC
c/o Midwest Servicing, Inc. (servicer)
3144 S Winton Road
Rochester, NY 14623

Court Claim # (if known): 6-1
Amount of Claim: $636,264.84
Date Claim Filed: 03/23/2015

Phone: 585-377-2810 ext. 408
Last Four Digits of Acct #: 0253

Phone: 787-764-3983
Last Four Digits of Acct. #:

Name and Address where transferee payments should be sent (if different from above):

Condado 3, LLC
P.O. Box 70291
San Juan, PR 00936

Phone: 585-377-2810 ext. 408
Last Four Digits of Acct #: 0253

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Timothy P. Sheehan
    Transferee/Transferee's Agent

Date: July 14, 2016

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

00376186; 2

# United States Bankruptcy Court

For the  District of  Puerto Rico

In re   CESAR IVAN VARGAS QUINONES        Case No.   14-09404-BKT11

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 6-1 was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/14/2016

Name of Alleged Transferor

BANCO POPULAR DE PUERTO RICO

Name of Transferee

Condado 3, LLC

Address of Alleged Transferor:

Migdalia Effie Guasp, ESQ.
Special Loans Department
P.O. Box 362708
San Juan, P.R. 00936

Address of Transferee

Condado 3, LLC
c/o Midwest Inc. (servicer)
3144 S Winton Road
Rochester, NY 14623

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of court.

Date:_____

**CLERK OF THE COURT**

00376186; 2

## ALLONGE

THIS ALLONGE IS TO BE ATTACHED TO AND MADE AN INTEGRAL PART of the following instrument:

Reference Number: **6060022945**
**PAGARE DE CAJA – PAGARE DE PRESTAMO A PLAZOS**
Closing Date: 12/30/2009
Payable by: CESAR I VARGAS QUINONES
Payable to the Order of: WESTERNBANK OF PR AND/OR PAGARE AL PORTADOR
Original Principal Amount: Five Hundred Thirty Eight Thousand One Hundred Seventy Eight Dollars and Seventy Three Cents , ($538,178.73)

PAY TO THE ORDER OF **BANCO POPULAR DE PUERTO RICO**, A PUERTO RICO COMMERCIAL BANK, WITHOUT RECOURSE AND WITHOUT REPRESENTATION OR WARRANTY, EXPRESS, IMPLIED OR BY OPERATION OF LAW, OF ANY KIND AND NATURE WHATSOEVER.

**FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR WESTERNBANK PUERTO RICO**

By: _____

Name: **Adaliz Hernandez**

Title: Attorney in Fact

Dated as Of: 04/30/2010

PAY TO THE ORDER OF

_____

WITHOUT RECOURSE AND WITHOUT REPRESENTATION OR WARRANTY, EXPRESS, IMPLIED OR BY OPERATION OF LAW, OF ANY KIND AND NATURE WHATSOEVER.

**BANCO POPULAR DE PUERTO RICO**

By: _____

Name: **WALLIS ALICEA**

Title: AUTHORIZED SIGNATURE

By: _____

Name: **WANDA M. PEREZ**

Title: AUTHORIZED SIGNATURE

## ALLONGE TO NOTE AND/OR MORTGAGE NOTE
*(Small Balance Pool)*

Pay to the order of CONDADO 3, LLC, without recourse.

This Allonge is made without recourse and without any representation or warranty of any kind whatsoever, express or implied, or by operation of law, except to the extent that and only for so long as any representation or warranty specifically set forth in that certain Loan Sale Agreement dated as of June 21, 2016 (the "**Loan Sale Agreement**") between Banco Popular de Puerto Rico, Condado 2, LLC and Condado 3, LLC survives the Closing (as defined in the Loan Sale Agreement). Buyer's remedies upon a breach of any such representation or warranty are limited solely to those remedies of Buyer expressly set forth in the Loan Sale Agreement.

Dated as of June 30, 2016.

**BANCO POPULAR DE PUERTO RICO**

By: _____
Name: NATALIA CRUZ CRUZ
Title: AUTHORIZED REPRESENTATIVE

429927

Case 14-09404-BKT11   Claim 6-1 Part 4   Filed 03/23/15   Desc Exhibit A-2   Page 1 of 2

## WESTERNBANK
El banco del Pueblo

### PAGARÉ DE PRESTAMO A PLAZOS

- Nombre del Cliente: CESAR I VARGAS QUIÑONES
- Préstamo Número: 6060022945
- Sucursal: SAN SEBASTIAN 1   Fecha: 12/30/2009
- Cantidad del Préstamo: $ 538,178.73

Este pagaré evidencia su préstamo con WESTERNBANK PUERTO RICO, de aquí en adelante el "Banco". Los suscribientes se comprometen a pagar a la orden del Banco, la cantidad de principal del préstamo, más los intereses adeudados a la tasa pactada, conforme al plan de pagos que más adelante se indica.

**INFORMACIÓN REQUERIDA POR LA LEY FEDERAL "TRUTH IN LENDING ACT"**

| TASA DE PORCENTAJE ANUAL El costo de su crédito como tasa de por ciento anual. | CARGOS POR FINANCIAMIENTO El costo de su crédito en dólares. | Cantidad Financiada Cantidad de crédito provista a usted o a su favor. | Total de Pagos La cantidad que habrá pagado, después de efectuar todos los pagos contemplados en su plan. |
|---|---|---|---|
| 7.49000 %APR | $ 198,225.02 | $ 538,178.73 | $ 736,403.75 |

**Su plan de pago será:**

| Número de pagos | Cantidad de pagos | Fecha de vencimiento de los pagos | |
|---|---|---|---|
| 59 | $ 3,624.79 | Los días 30 de cada mes, comenzando en incluye: [X] principal más interés sobre el balance insoluto de su préstamo. | 01/30/2010. Su pago mensual [ ] Intereses solamente los cuales son calculados |
| 1 | $ 522,541.14 | Un pago de principal más intereses acumulados el | 12/30/2014 |

**Garantía:** Además de cualquier otra colateral que usted haya previamente entregado al Banco para otro préstamo, este préstamo:
- [ ] No requiere garantía.
- [X] Está garantizado con la pignoración de: Cuenta(s) de ahorro: _____
- CIV 6 Certificado(s) de depósito: _____
- Otros: _____
El APR informado no refleja el efecto del depósito requerido.
- go [X] Está garantizado con propiedad localizada en: _____

**Renovaciones de Préstamos sin acuerdo de Gravamen Mobiliario:** Se ratifica el gravamen mobiliario constituido a favor de Westernbank sobre los pagarés hipotecarios descritos en el Acuerdo de Gravamen Mobiliario fechado en: N/A

**Cargo por Demora:** Cada pago efectuado después de quince 15 días de la fecha correspondiente, estará sujeto a un cargo de 5% del importe del pago vencido.

**Pago por anticipado:** El Banco podrá cobrar una indemnización equivalente al uno por ciento (1%) del balance del principal pagado por anticipado. En caso de préstamos con garantía hipotecaria se podrá cobrar una indemnización equivalente al tres porciento (3%) del balance del principal pagado por anticipado durante el primer año, de dos porciento (2%) durante los siguientes dos años y de un porciento (1%) durante los siguientes dos años.

**Seguros:** Para obtener crédito no se requiere seguro de vida ni de incapacidad. Los mismos se proveerán únicamente si usted lo solicita y accede a pagar el costo adicional. En casos de préstamos con garantía hipotecaria si se requiere seguro de propiedad contra incendio, fuego, huracán u otro (hazard). Usted puede obtener seguro de propiedad de quien desee,

siempre y cuando sea aceptable al banco. El seguro de propiedad tiene un costo de $ N/A por el término de un año.

**Solidaridad:** Al firmar este pagaré, cada uno de los firmantes se obliga solidariamente a pagar el préstamo conforme a lo pactado y a cumplir con todos los términos y condiciones estipulados.

**Gastos y honorarios:** Usted se obliga a pagar al Banco, o al tenedor por endoso de este pagaré, todos los gastos que se incurran en las gestiones de cobro de su préstamo, más honorarios de abogados en una cantidad igual al 15% de la cantidad del préstamo que se indica en este pagaré.

**Derecho de Compensación:** El Banco podrá a su opción, en cualquier momento, esté o no vencido el préstamo, reducir lo adeudado por concepto del préstamo o saldar su importe, compensando lo que el Banco adeude a usted por concepto de depósito, o cualquier otro concepto. No se requerirá aviso, presentación o demanda de pago.

**Ley aplicable:** El préstamo evidenciado en este pagaré se regirá por las leyes Estatales y Federales aplicables a este tipo de transacción y en caso de reclamación judicial todos los aquí firmantes estarán sujetos a la jurisdicción y competencia de los Tribunales de Justicia localizados en la ciudad de Mayagüez, Puerto Rico o a los del lugar o ciudad que el Banco escoja.

**Balance pendiente luego de vencido el último pago:** Usted se obliga a pagar intereses al 7.49000 % anual sobre el balance pendiente de pago vigente al momento de declararse vencido dicho balance, a partir de la fecha de vencimiento del último plazo mensual y hasta el pago total de dicho balance.

**Otros términos:** Esta obligación no puede ser asumida por otra persona. El Banco podrá acelerar, dar por vencido y exigir de usted el pago total del balance adeudado en caso de que cualquier plazo no fuese pagado dentro de los treinta (30) días de su fecha de vencimiento. No se requerirá aviso, presentación o demanda de pago. Todo pago efectuado con cheque y que el mismo sea devuelto conllevará un cargo.

**Desglose de cantidad financiada:**

La cantidad de crédito provista a usted o a su favor se desglosa en la siguiente forma:

| Descripción | Núm. de cheque | Cantidad | Descripción | Núm. de cheque | Cantidad |
|---|---|---|---|---|---|
| Cantidad entregada a usted: | | | WESTERNBANK #9221000743 | 0103064 | 37,258.69 |
| Préstamos cancelados WBPR: | | | WESTERNBANK #9221001910 | 0103065 | 9,987.39 |
| Aportación del cliente | | (5,000.00) | LEGAL FEES GL 4510-000 | | 800.00 |
| | | | CRIM | 0103066 | 3,658.27 |
| Cantidad pagada a otros: | | | CRIM | 0103067 | 392.47 |
| WESTERNBANK #6060022411 | 0103069 | 475,964.13 | SECRETARIO DE HACIENDA | 0103068 | 201.37 |
| WESTERNBANK #4600016745 | 0103063 | 14,390.42 | OTROS - VER AL DORSO | | 525.79 |
| Caribbean American Life Assurance Co. | | | Cantidad total financiada: | | $538,178.73 |

Acuso recibo de una copia de este pagaré, debidamente completada, en SAN SEBASTIAN, Puerto Rico, el 30 de DICIEMBRE de 2009.

CESAR I VARGAS QUIÑONES
Nombre del Deudor Principal         Firma del Deudor Principal

Nombre del Co-Solicitante         Firma del Co-Solicitante

Nombre del Deudor Solidario         Firma del Deudor Solidario

Copia de Expediente

File Copy