IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | |
| CESAR IVAN VARGAS QUINONES | CASE NO. 14-09404 BKT |
| Debtor(s) | Chapter 11 |
| CESAR IVAN VARGAS QUINONES | |
| Plaintiff(s) | ADVERSARY NO. 16-00108 |
| UNITED STATES OF AMERICA; INTERNAL REVENUE SERVICE; THE COMMONWEALTH OF PUERTO RICO; DEPARTMENT OF THE TREASURY OF PUERTO RICO; STATE INSURANCE FUND CORPORATION | **FILED & ENTERED ON 8/18/2016** |
| Defendant(s) | |

### ORDER AND NOTICE RESCHEDULING

The Confirmation hearing and the initial scheduling pretrial conference set for 09/14/2016 at 9:00 A.M. are rescheduled to 09/13/2016 at 2:00pm at the Jose V. Toledo Federal Building and U.S. Courthouse, 300 Recinto Sur, Second Floor, Courtroom No. 1, San Juan, Puerto Rico.

SO ORDERED.

In San Juan, Puerto Rico, this 18 day of August, 2016.

Brian K. Tester
U.S. Bankruptcy Judge