# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

**Debtor**: CESAR IVAN VARGAS QUINONES
**Case Number**: 14-09404-BKT11     **Chapter:** 11
**Date / Time / Room**: 09/13/2016 02:00 pm
**Bankruptcy Judge**: BRIAN K. TESTER
**Courtroom Clerk**: CARMEN B. FIGUEROA
**Reporter Clerk:** EDNA SANABRIA

### Matter:

Amended Confirmation of Chapter 11 Plan dated 03/01/2016 [Doc #118]

Initial Scheduling Conference  Adv. 16-0108  Debtor v. USA, et als

### Appearances:

ISABEL M FULLANA FOR DEBTOR
NELSON WAGNER FOR THE UNITED STATES OF AMERICA [telephone
    appearance]
MIGDA RODRIGUEZ FOR THE PUERTO RICO DEPARTMENT OF
    TREASURY DEPARTMENT

### Minutes of Proceedings and ORDER:

The Court adopts the Pretrial Report for Scheduling Conference (docket #33). The parties are granted four months [120 days] to conclude discovery. Dispositive motions are to be filed 30 days after the discovery period has concluded.

Once the above deadlines have expired, the parties are to inform the Court on how they intend to proceed or request a pretrial hearing date.

The confirmation is held in abeyance until Adversary 16-108 is resolved.

SO ORDERED.

/S/ BRIAN K. TESTER
U.S. Bankruptcy Judge