B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of Puerto Rico

In re: Cesar Ivan Vargas Quinones

Case No. 14-09404-ESL11
Chapter: 13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Island Portfolio Services, LLC.,
as servicer of Luna Chica, LLC
Name of Transferee

Banco Santander de Puerto Rico
Name of Transferor

Name and Address where notices to transferee should be sent:

Island Portfolio Services, LLC.,
221 Ponce de León Ave., Suite 302
San Juan, PR 00917

Phone: (787) 302-4768
Last Four Digits of Acct #: 0812

Court Claim # (if known): 1-1
Amount of Claim: $462,516.35
Date Claim Filed: 11/24/2014

Phone: (787)474-5252
Last Four Digits of Acct #: 0812

Name and Address where transferee payments should be sent (if different from above):

Phone: ______________________
Last Four Digits of Acct #: 0812

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Charline M. Jimenez, Esq.
Transferee/Transferee's Agent

Date: January 23, 2025

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.